IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE DAVIS,
Guardian for Carla Lewis                                                         PLAINTIFF

v.                               No. 4:13-cv-589-DPM

OLD DOMINION FREIGHT LINE
and MELVIN HOWZE                                                              DEFENDANTS

ORDER

The Second Amended Final Scheduling Order, № 19, is suspended and the 11 May 2015 trial is canceled. The Court has several older criminal cases set for that date that must take priority. The motion to strike, № 39, is denied without prejudice as moot. The amended motion to strike, № 41,* is granted on the alternative relief requested and otherwise denied. Davis may file a surreply by 31 March 2015. A Third Amended Final Scheduling Order will issue, if necessary, after the Court rules on the pending motions.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

23 March 2015

---

\* The Court directs the Clerk to correct the title of this paper on the docket.