## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KATHERINE DAVIS,**
**Guardian for Carla Lewis**                                    **PLAINTIFF**

v.                                    **No. 4:13-cv-589-DPM**

**OLD DOMINION FREIGHT LINE**
**and MELVIN HOWZE**                                    **DEFENDANTS**

### ORDER

The Court appreciates the parties' suggestions about jury instructions.
The Court is attaching its current working drafts of (1) the preliminary
instructions and (2) the final instructions, including the embedded verdict
form.

Please file any objections to the preliminary instructions by the close of
business on January 7th. There's no need to comment or object yet on the final
instructions or the verdict form. We'll work on those drafts throughout the
trial.

Some notes. If any summaries are admitted, the Court will add a final
instruction. The Court will instruct about depositions when it comes up
during trial. The disputed part of AMI 901(B) is in the working draft; the
proof will determine whether it stays.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2016