IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE DAVIS,
Guardian for Carla Lewis                                                    PLAINTIFF

v.                              No. 4:13-cv-589-DPM

OLD DOMINION FREIGHT LINE
and MELVIN HOWZE                                                          DEFENDANTS

ORDER

1. The Court is attaching the key parts of its *voir dire* outline. Defendants' proposed questions, № 108, are noted and appreciated. The Court will cover in some way much of what was proposed. To the extent some particular inquiry is not listed, the Court has concluded that it would probe too deeply into the disputed issues, seek a preliminary commitment, or lean prospective jurors toward one side. Those requested questions are rejected.

2. The Court appreciates the exhibits provided today. We'll start at 9:00 a.m. sharp Monday morning. We should have our *venire* by 9:30 a.m.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2016

C.  General Background Questions

- Legal training or experience?

- Know other panel members?

- Prior jury service?

- Prior court experience? Sued or been sued? Witness?

- Religious convictions against sitting in judgment?

- Negative feelings about civil justice system?

    — Too many lawsuits?

    — If sue, then win?

D.  Case-Specific Questions

**Remember, answer about you and your immediate family**

- Anyone ever employed by an over-the-road trucking company?

- Anyone ever been in a wreck involving a tractor-trailer? A close call?

- Anyone have a bad experience with, or strong negative opinions about, big trucks on the highway? A good experience? Strong positive opinions? What about truckers?

- Cell phones while driving: Use regularly? Hands-free or old-fashioned way? Any accident while using? Close calls? Traffic ticket?

- Disabled vehicle while traveling on the highway?

- Incapacitated while driving on the highway? Driver incapacitated while you were a passenger?

- Been injured in a car wreck? Especially on highway? Injured anyone in a car wreck?

- Anyone ever encountered a vehicle stopped in the highway?