IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE DAVIS,
Guardian for Carla Lewis                                              PLAINTIFF

v.                              No. 4:13-cv-589-DPM

OLD DOMINION FREIGHT LINE
and MELVIN HOWZE                                                      DEFENDANTS

## ORDER

For the reasons stated on the record at the 12 February 2016 hearing, Lewis's motion, № 125, is granted as modified, and Old Dominion and Howze's motion, № 131, is granted in part and denied in part.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2016