IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE DAVIS,
Guardian for Carla Lewis                                              PLAINTIFF

v.                          No. 4:13-cv-589-DPM

OLD DOMINION FREIGHT LINE
and MELVIN HOWZE                                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice pursuant to the parties' settlement announced on the record at trial. The Court retains jurisdiction through 14 March 2016 to enforce the settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2016